FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 1 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01776-EWN-BNB

ELIZABETH A. FLYNN,

    Plaintiff,

v.

DEAN S. HANSON,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed <u>in forma pauperis</u>. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: September 8, 2008.

                        BY THE COURT:

                        <u>s/ Edward W. Nottingham</u>
                        CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01776-EWN-BNB

Elizabeth A. Flynn
1817 Quail St., #10
Lakewood, CO 80215

US Marshal Service
Service Clerk
Service forms for: Dean S. Hanson

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Dean S. Hanson: TITLE VII COMPLAINT FILED 08/20/08, SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 9/11/08.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk