**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01776-CMA-BNB

ELIZABETH A. FLYNN,

    Plaintiff,

v.

DEAN S. HANSON,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This mattes is before the Court on the parties' Joint Motion to Dismiss (Doc. # 24). The Court having considered the motion, and otherwise being fully advised, hereby GRANTS the motion. It is, therefore,

ORDERED that the above-referenced civil action is DISMISSED WITH PREJUDICE, each party to bear his or her own attorney's fees and costs.

DATED: November __7th__, 2008

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge